# LAW OFFICES OF STEVEN COHEN
ATTORNEYS AT LAW
540 EAST 180TH STREET, SUITE 203
BRONX, NEW YORK 10457
TEL: (212)564-1900
FAX: (212)954-5566

STEVEN COHEN
KYLE COHEN*
ADAM NICHOLS**
MARIBEL CHACHA
JAAZANIAH ASAHGUII

*Member NY & NJ Bar
**Member NY, NJ & CT Bar

February 14, 2023

Theresa A Thomas
25 Morville Dr
Rochester NY 14615

Re:  Ally Financial Inc. v. Theresa A Thomas
     Index No. 5112/17
     Our File No. 121206

Gentlemen/Ladies:

   I enclose herewith a copy of the Consent to Change Attorney form which is in the process of being filed with the court.

                                         Very truly yours,

                                         Steven Cohen

SC: LS

This letter is from a debt collector and is an attempt to collect a debt and any information obtained will be used for that purpose.

SUPREME COURT OF MONROE COUNTY
COUNTY OF MONROE

---

ALLY FINANCIAL INC.

         Plaintiff(s),

-against-

THERESA A THOMAS

         Defendant(s),

---

INDEX NUMBER: 5112/17
SOURCE ID: 952033303
DATA_ID: 1M2912061
FILE NUMBER: 121206

**CONSENT TO CHANGE ATTORNEY**

IT IS HEREBY CONSENTED THAT Law Offices Of Steven Cohen LLC, 540 East 180th Street, Suite 203, Bronx, NY 10457, be substituted as attorney(s) of record for the undersigned party(ies) in the above-captioned action in place and stead of undersigned attorney(s) as of the date of this Consent, and

IT IS FURTHER CONSENTED THAT facsimile signatures on this document shall be deemed originals and suitable for filing with the Court and for all other purposes.

LAW OFFICES OF STEVEN COHEN LLC
By: Steven Cohen
Attorneys for Plaintiff
540 East 180th Street, Suite 203
Bronx, NY 10457

FORMER ATTORNEY
Kirschenbaum & Phillips LLC
By: __Steven L. Rosenthal__
(please print name here)
40 Daniel Street, Ste. 7, P.O. Box 9000
Farmingdale, NY 11735

Ally Financial Inc.
By: __Charles L. Wheeler, Pursuant to POA__

STATE OF SC
COUNTY OF GREENVILLE SS:

On __1-3-23__, before me, the undersigned, personally appeared __Charles Wheeler__ personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

                 Notary Public

JORDAN M. UNRUH
Notary Public-State of South Carolina
My Commission Expires
February 22, 2032

## CERTIFICATE OF CONFORMITY

I, David Anna, an attorney-at-law of the State of South Carolina who resides and is licensed in the State of South Carolina and is acquainted with the laws of the State of South Carolina pertaining to the acknowledgment or proof of deeds, do hereby certify that I am duly qualified to make this certificate of conformity and hereby certify that the acknowledgment or proof upon the attached or annexed document was taken by ____Jordan Unruh____, a notary public in the State of South Carolina, in the manner prescribed by the laws of the State of South Carolina and conforms to the laws thereof in all respects.

IN WITNESS WHEREOF, I have hereunto set my signature, this __3__ day of __January__, 2023.

*David Anna*
David Anna
Attorney at Law State of South Carolina

SUPREME COURT OF MONROE COUNTY
COUNTY OF MONROE

---

ALLY FINANCIAL INC,

                              Plaintiff(s),

      -against-

THERESA A THOMAS

                             Defendant(s),

INDEX NUMBER: 5112/17
SOURCE ID: 952033303
DATA_ID: 1M2912061
FILE NUMBER: 121206

**<u>CONSENT TO CHANGE ATTORNEY</u>**

---

IT IS HEREBY CONSENTED THAT Law Offices Of Steven Cohen LLC, 540 East 180th Street, Suite 203, Bronx, NY 10457, be substituted as attorney(s) of record for the undersigned party(ies) in the above-captioned action in place and stead of undersigned attorney(s) as of the date of this Consent, and

IT IS FURTHER CONSENTED THAT facsimile signatures on this document shall be deemed originals and suitable for filing with the Court and for all other purposes.

LAW OFFICES OF STEVEN COHEN LLC
By: Steven Cohen
Attorneys for Plaintiff
540 East 180th Street, Suite 203
Bronx, NY 10457

FORMER ATTORNEY
Kirschenbaum & Phillips, LLC
By: _____
   (please print name here)
40 Daniel Street, Ste. 7, P.O. Box 9000
Farmingdale, NY 11735

Ally Financial Inc,
By: _____Charles L. Wheeler, Pursuant to POA_____

STATE OF SC
COUNTY OF GREENVILLE SS:

On __1-3-23__, before me, the undersigned, personally appeared _Charles Wheeler_ personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

                                Notary Public

JORDAN M. UNRUH
Notary Public-State of South Carolina
My Commission Expires
February 22, 2032

## CERTIFICATE OF CONFORMITY

I, David Anna, an attorney-at-law of the State of South Carolina who resides and is licensed in the State of South Carolina and is acquainted with the laws of the State of South Carolina pertaining to the acknowledgment or proof of deeds, do hereby certify that I am duly qualified to make this certificate of conformity and hereby certify that the acknowledgment or proof upon the attached or annexed document was taken by __Jordan Unruh__, a notary public in the State of South Carolina, in the manner prescribed by the laws of the State of South Carolina and conforms to the laws thereof in all respects.

IN WITNESS WHEREOF, I have hereunto set my signature, this __3__ day of __January__, 2023.

*David Anna*
David Anna
Attorney at Law State of South Carolina