**Monroe County Sheriff's Office**
130 South Plymouth Avenue – PSB5
Rochester, New York 14614

Phone (585) 753-4320 Fax (585) 753-4288

**Referral Number
23002595**

## SHERIFF'S INCOME EXECUTION INSTRUCTIONS TO JUDGMENT DEBTOR

1. The annexed income execution requires you to pay the Monroe County Sheriff 10% of your gross income every time you receive a paycheck, when it exceeds $426.00 per week or $450.00 for fast food workers according to New York State Labor standards (including salary, wages, commission, and other income). The law provides that upon your failure to remit 10% to the Monroe County Sheriff within twenty days (20) of service, your employer will be served with this income execution. Thereafter, your employer must deduct 10% of your gross income, and forward same to the Sheriff. In certain cases, however, state and federal laws do not permit the withholding of the full 10% of the judgment debtor's gross income as explained on the attached income execution notice.

2. **Remittances are to be made every time you are paid by your employer (weekly, bi-weekly, etc.). The referral number assigned to your case is 23002595. On your payments, your name, address and referral number must be clearly shown. Your first payment must also include the most recent copy of your pay stub for our files.**

3. In addition to the judgment amount, interest and collection fees will accrue daily. You may contact us for an up to date payoff. The total judgment principal, interest on the principal balance, service fees and Sheriff's poundage collection fees must be paid in full to release you from paying on this execution. You may call our office for a payoff amount should you wish to pay it in full.

4. **Do not accept instructions from anyone but the Monroe County Sheriff's Office. DO NOT make any payment arrangements with the Attorney, by law you must now remit payments to the Monroe County Sheriff. Once the income execution is filed, the Sheriff is the only party mandated to enforce payment and is the only party authorized to release the execution.**

5. You will not be notified in advance if the income execution is forwarded to your employer for payroll deduction. You are responsible for timely, accurate payments. Payments returned for insufficient funds are considered a default in which case a $20.00 service fee will be added to your outstanding balance.

6. **Make check or money order payable to the Monroe County Sheriff**
    Remit Payment to:   Monroe County Sheriff Civil Bureau
                              130 South Plymouth Avenue
                              Public Safety Building, 5th Floor
                              Rochester, New York 14614-1408

Payments may also be made at the address listed above during normal business hours, Monday through Friday, 9 a.m. to 5 p.m. Summer hours from July 1 to August 31 are 8 a.m. to 4 p.m. closed on legal holidays.

© SoftCode, Inc. 2004 - NY_Monroe_IEInstruction_Debtor.dot

## MONROE COUNTY SHERIFF
### Income Execution Reference Guide

**Your Case Referral Number is: 23002595**

### HOW CAN I BEGIN MAKING PAYMENTS ?

- You have 20 days from the service by the Sheriff to start making payments.
- Your gross pay must be at least $426.00 per week or $450.00 for (Fast Food workers according to New York Labor standards)
- You must send 10% of your pay to be applied to this Income Execution.
- Your most recent company pay stub must be enclosed with your first payment.
- You must make a payment toward this Income Execution every time you are paid.

### WHAT HAPPENS IF I IGNORE THIS ?

- The Sheriff's Office will serve the Income Execution upon your Employer.
- By law your employer will be required to send the Sheriff 10% of your pay.
- This will continue until the Income Execution + Interest + Fees are fully paid.

### WHAT ARE ACCEPTABLE FORMS OF PAYMENT ?

- **Pay by Credit Card using our GovPayNet option:**
  Go to the Web Site: WWW.GovPayNow.Com  Enter the 4 (four) digit Pay Location Code (PLC):  **7132   then select the "Continue" button**
- Pay by Personal Check, Bank Check, Money Order – ***Do Not mail cash***
- Payments may also be made at the Civil Bureau Office (see page one)

### WHO IS AUTHORIZED TO ACCEPT MY PAYMENT ?

- The Monroe County Sheriff is enforcing collection of this debt.
- NEVER accept instructions or pay anyone else. This includes the collection attorney or other agencies. They do not have the authority to accept payments from you.

### WHO DO I SEND MY PAYMENT TO ?

- Make your check payable to: MONROE COUNTY SHERIFF

*In the memo part of your check print your referral number:* **23002595**

**Mail Your Check To**
Monroe County Sheriff Civil Bureau
130 Plymouth Avenue South
Public Safety Building, 5th Floor
Rochester, New York 14614



# Monroe County Sheriff's Office
## Civil Bureau

130 S. Plymouth Avenue - PSB 5
Rochester, NY 14614
Phone: (585) 753-4320
Fax:    (585) 753-4288

**Todd K. Baxter**
**Sheriff**

April 27, 2023

Debtor:  Theresa A Thomas
         25 Morville Drive
         Rochester NY 14615

Garnishee:  Baldwin Richardson Foods Co**
            1 Tower Lane Ste 2390
            Oakbrook Terrace IL 60181

Ally Financial Inc vs. Theresa A Thomas
Judgment Amount: $5,244.35

The judgment execution 23002595 will continue to accumulate interest on the principal balance as directed.

Should you have any questions, please contact this office at the number above.

| | |
|---|---:|
| Judgment Balance on 08/29/2017 | $5,244.35 |
| Interest | $0.00 |
| Mileage, Levy and Filing Fees | $50.00 |
| Sheriff Poundage | $264.72 |
| Total Amount Due | $5,559.07 |
| Less: Payments Received | $0.00 |
| TOTAL AS OF 05/17/2023 | $5,559.07 |

As of the date of this letter, no payments have been received.

We will send notification when the above execution has been paid in full. Thank you for your attention in this matter.